UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

German LOPEZ ROMERO,

                    Petitioner,

        -against-

Kenneth GENALO, in his official capacity as
Acting Field Office Director of New York,
Immigration and Customs Enforcement;
Markwayne MULLIN in his official capacity as
Secretary of Homeland Security; Todd
BLANCHE, in his official capacity as Attorney
General,

                    Respondents.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _7/23/2026_ |

26 Civ. 6184 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* Pet., ECF No. 1. The Court ORDERS as follows:

1. By **July 24, 2026**, the government shall confirm that Petitioner remains detained within this District, the Eastern District of New York, or the District of New Jersey, in compliance with the Honorable Ronnie Abrams' administrative stay order. ECF No. 2.

2. By **July 27, 2026,** the government shall file a letter with the following information:

    a. The statutory provision(s) under which the government asserts the authority to detain Petitioner;

    b. Whether Respondent contests that Petitioner is not subject to a final order of removal. *See* Pet. ¶ 11;

    c. Whether, if Petitioner is not subject to a final order of removal, there is any basis to distinguish this case from *Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026), such that Petitioner is not detained pursuant to 8 U.S.C. § 1226(a);

    d. Whether, if Petitioner is not subject to a final order of removal and the government states that the basis for detention is 8 U.S.C. § 1226(c)(1)(E), there is any basis to distinguish this case from *Urbano v. Genalo*, 26 Civ. 1466 (AT), 2026 WL 867130 (S.D.N.Y. Mar. 29, 2026); *H.A. v. Genalo*, 26 Civ. 2706 (AT), 2026 WL 1159512 (S.D.N.Y. Apr. 28, 2026); or *Peralta-Malla v. Mullin*, 26 Civ. 2903 (AT), 2026 WL 1346325 (S.D.N.Y. May 14, 2026);

e.  Whether, if there is no basis to distinguish the aforementioned cases, the government consents to issuance of the writ and/or waives the right to answer, subject to preservation of the government's arguments for appeal;

f.  Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

3.  By **July 28, 2026,** the government shall file an answer to the petition.

4.  By **July 30, 2026**, Petitioner shall file a reply, if any.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

SO ORDERED.

Dated: July 23, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge