**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Geiman LOPEZ ROMERO,

Petitioner,

26 **CIVIL** 6184 (AT)

-against-

**JUDGMENT**

Kenneth GENALO, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Markwayne MULLIN in his official capacity as Secretary of Homeland Security; Todd BLANCHE, in his official capacity as Attorney General,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 3, 2026, the petition at ECF No. 1 is GRANTED. The government shall release Lopez Romero, without electronic monitoring, including but not limited to GPS monitoring. The government must release Lopez Romero with all of his belongings that are in its possession, including but not limited to identification cards, clothing, and money. The Court further orders that the government shall not redetain Lopez Romero without first moving before this Court to demonstrate compliance with all applicable regulatory, statutory, and constitutional requirements necessary to arrest and detain him. Should the government seek to redetain Lopez Romero, they are directed to file a motion with this Court that justifies a lawful arrest. See, e.g., Izaguirre v. Blanche, No. 26 Civ. 2911, 2026 WL 2023200, at *14 (E.D.N.Y. July 13, 2026).

**DATED:** New York, New York
August 7, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**